# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| ELMA IRMA MORENO<br>*Plaintiff*<br><br>vs.<br><br><br>PAG McALLEN T1, LLC<br>*Defendant* | §<br>§<br>§  CIVIL ACTION NO. _____<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## INDEX OF MATTERS BEING FILED

Pursuant to Local Rule 81 of the United States District Court for the Southern District of Texas entitled, "Removal", Defendant submits this Index of Matters Being Filed:

**Exhibit 1:**   Index of Matters Being Filed With Removal Action

**Exhibit 2:**   Civil Cover Sheet

**Exhibit 3:**   List of Counsel of Record

- (including addresses, telephone numbers and parties presented)

**Exhibit 4:**   State Court Docket Sheet
from Cause No. C-1744-19-A before the 92nd Judicial District Court
Hidalgo County, Texas

**Exhibit 5:**   "Plaintiff's Original Petition"

**Exhibit 6:**   Citation addressed to Defendant, PAG McAllen T1, LLC
(Not Returned)

**Exhibit 7:**   Service of Process Transmittal as to PAG McAllen T1, LLC from CT Corporation:

- (including USPS Tracking as to CMRRR# 7019 0140 0000 8520 8456 which demonstrates service on May 6, 2019)

**Exhibit 8:**   Original Answer of Defendant, PAG McAllen T1, LLC

**Exhibit 9:**   Declaration in Support of Notice of Removal

**Exhibit 9 (A):**   Four (4) pages of documents filed with the Secretary of State for the State of Delaware consisting of the following:

Certificate of Formation and Operating Agreement as to PAG McAllen T1, LLC which sets forth that the sole member for this Delaware limited liability company is PAG West, LLC;

and further that the sole member of PAG West, LLC is Penske Automotive Group, Inc.

**Exhibit 9(B):**   First page of the United States Securities and Exchange Commission Form 10-K for Penske Automotive Group, Inc. which identifies the following for Penske Automotive Group, Inc.:

| | |
|---|---|
| **State of Incorporation** | Delaware |
| **Address of Principal Executive Offices** | Bloomfield Hills, Michigan |