# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| ELMA IRMA MORENO<br>*Plaintiff*<br><br>vs.<br><br><br>PAG McALLEN T1, LLC<br>*Defendant* | §<br>§<br>§   CIVIL ACTION NO. _____<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## LIST OF COUNSEL OF RECORD

| | |
|---|---|
| **ATTORNEYS FOR PLAINTIFF,**<br>**ELMA IRMA MORENO** | Michael J. Cisneros<br>State Bar No. 00793509<br><br>Arturo Cisneros<br>State Bar No. 00789224<br><br>**OF COUNSEL:**<br><br>THE CISNEROS LAW FIRM, L.L.P.<br>312 Lindberg<br>McAllen, Texas  78501<br>Telephone:  (956) 682-1883<br>Telecopy:   (956) 682-0132<br>Email: email@cisneroslawfirm.com |
| **ATTORNEY FOR DEFENDANT,**<br>**PAG McALLEN T1, LLC** | E. Michael Rodriguez<br>State Bar No. 00791553<br>Federal ID No. 18759<br>Email: mrodriguez@atlashall.com<br><br>Brent A. Bishop<br>State Bar No. 00796211<br>Federal ID No. 20665<br>Email: bbishop@atlashall.com<br><br>**OF COUNSEL:**<br><br>Atlas, Hall & Rodriguez, LLP<br>818 Pecan (78501)<br>P.O. Drawer 3725<br>McAllen, TX  78502<br>Telephone: 956/682-5501<br>Telecopy: 956/686-6109 |